UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
STEVEN PARKER  
REVA PARKER  

CASE NO. 06-50415-TJT  
CHAPTER 13 PROCEEDINGS  
HON. THOMAS J. TUCKER  

_____ Debtors _____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK<br>7091 ORCHARD LAKE ROAD STE 270<br>WEST BLOOMFIELD, MI 48322-0000 | 10 | 9.00 | UNSECURED | 1381829 | 6/16/11 | $ 341.86 |

DATED: June 17, 2011

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100  
DETROIT, MI 48226

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF:<br>STEVEN PARKER<br>REVA PARKER | CASE NO. 06-50415-TJT<br>CHAPTER 13 PROCEEDINGS<br>HON. THOMAS J. TUCKER |

        Debtors
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**MARRS & TERRY**
**6553 JACKSON RD**
**ANN ARBOR, MI 48103**

**Last Known Address for Debtors:**

**STEVEN PARKER**
**REVA PARKER**
**647 BROOKLEY AVE**
**JACKSON, MI 49202**

DATED: June 17, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226